UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKEY BILLS,

    Plaintiff,                                      Case No. 15-cv-11414
                                                Hon. Matthew F. Leitman

v.

DANIEL HEYNS *et al*.,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S
## MOTION TO DISMISS DEFENDANT DANIEL HEYNS (ECF #17)

Plaintiff Rickey Bills ("Bills") is a Michigan state prisoner incarcerated at the Muskegon Correctional Facility in Muskegon, Michigan. In this action, Bills alleges, among other things, that certain prison employees and officials violated his constitutional rights.

On May 31, 2016, Bills filed two documents with this Court. First, Bills filed a motion titled "Motion to Dismiss Defendant Heyns" (the "Motion"). (*See* ECF #17.) In the Motion, Bills asks the Court to dismiss the claims he brought against Defendant Daniel Heyns ("Heyns"). (*See id.*) Second, Bills filed a First Amended Complaint. (*See* ECF #18.) In the First Amended Complaint, Bills has neither named Heyns as a Defendant nor brought any claims against Heyns. (*See*

1

*id.*)

Therefore, because Bills is no longer pursuing any claims against Heyns, **IT IS HEREBY ORDERED** that (1) the Motion (ECF #17) is **GRANTED** and (2) Heyns shall be removed from the docket as a Defendant in this action.

|  |  |
|---|---|
| Dated: June 20, 2016 | s/Matthew F. Leitman<br>MATTHEW F. LEITMAN<br>UNITED STATES DISTRICT JUDGE |

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 20, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113