UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY BILLS,

    Plaintiff,

v.

DANIEL HEYNS *et. al.*

    Defendants.
_____/

Case No. 15-cv-11414
Hon. Matthew F. Leitman

### ORDER (1) TREATING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF #53) AS OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #52) (2) AND REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S OBJECTIONS

Plaintiff Ricky Bills ("Bills") is a Michigan state prisoner. In this action, he alleges that, among other things, Defendants misappropriated or misapplied funds that were deposited into his prison bank account. (*See* Amended Complaint, ECF #18.) Defendants moved to dismiss Bills' Amended Complaint (*see* ECF ## 28, 32, 41), and the assigned Magistrate Judge recommended that the Court grant Defendants' motions in a Report and Recommendation dated January 4, 2017. (the "R&R"). (*See* ECF #52.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of his recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.* at 16-17, Pg. ID 497-98.)

1

On January 24, 2017, Bills filed a document with the Court that he titled a "Motion for Reconsideration." (*See* ECF #52.)  Because Bills' motion appears directed to and contains a number of objections of the R&R, the Court will treat the motion as Bills' objections to the R&R.  The Court further orders the Defendants to respond Bills' objections to the R&R by no later than **February 17, 2017**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 2, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113