UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKEY BILLS,

     Plaintiff,                                      Case No. 15-cv-11414
                                                      Hon. Matthew F. Leitman

v.

PAUL KLEE, *et al*.,

     Defendants.

_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY (ECF #68)**

     In this prisoner civil-rights action, state prisoner Rickey Bills alleges, among other things, that several current and former employees of the Michigan Department of Corrections misappropriated or misapplied funds that were deposited into his prison bank account. (*See* Am. Compl., ECF #67.)

     Bills has now filed a motion requesting certain discovery. (*See* Mot., ECF #68.) Discovery is not properly sought by way of a motion. Instead, Bills may serve discovery requests in accordance with the applicable Federal Rules of Civil Procedure. If Bills does not receive a response to his discovery requests, or if he receives responses that he believes do not comply with the Federal Rules of Civil Procedure, he may at that time file a motion to compel.

Accordingly, Bills' present motion for discovery (ECF #68) is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 20, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764