UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKEY BILLS,

    Plaintiff,

v.

PAUL KLEE, *et al.*,

    Defendants.

Case No. 15-cv-11414
Hon. Matthew F. Leitman

_____/

# ORDER GRANTING SECOND AND FINAL EXTENSION OF TIME FOR PLAINTIFF TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION (ECF #80)

On July 8, 2019, the assigned Magistrate Judge in this action issued a report and recommendation in which he recommended that the Court grant Defendants' motion for summary judgment (the "R&R"). (*See* R&R, ECF No. 79.) In the R&R, the Magistrate Judge informed Plaintiff Rickey Bills that if Bills wanted to file objections to the R&R, he needed to do so within fourteen days. (*See id.*, PageID.808-09.)

On July 18, 2019, within the time period to file objections to the R&R, Bills filed an unopposed motion to extend the time to file his objections. (*See* Mot., ECF No. 80.) The Court granted that motion and extended the time for Bills to file objections to the R&R until September 9, 2019. (*See* Order, ECF No. 81.)

1

On September 3, 2019, Bills filed a response with the Court in which Bills said that he was a "little confused" by the Court's September 9, 2019, order. (ECF No. 84, PageID.841.) Bills explained that on or about July 22, 2019 (*i.e.*, prior to the Court's entry of the September 9, 2019, order granting him an extension to file his objections) he "mailed [his] objections" to the Court. (*Id.*, PageID.840.) Bills therefore did not understand why the Court was granting him an extension "when [he] already mailed [his] objections to the R&R." (*Id.*, PageID.841.)

The Court has not received any objections from Bills to the Magistrate Judge's July 8, 2019, R&R. The Court will therefore assume that the objections were lost in the mail. Accordingly, the Court will grant Bills a second (and final) extension of time so that he may re-file his objections with the Court. Bills shall file any objections to the July 8, 2019, R&R (ECF No. 80) by no later than **November 15, 2019**.

**IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 30, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764