UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKEY BILLS,

    Plaintiff,

v.

                                    Case No. 15-cv-11414
                                    Hon. Matthew F. Leitman

PAUL KLEE, *et al.*,

    Defendants.

_____/

## **ORDER OVERRULING PLAINTIFF'S OBJECTION (ECF No. 111) TO ORDER DENYING PLAINTIFF'S MOTION (ECF No. 107)**

Plaintiff Rickey Bills is a state inmate in the custody of the Michigan Department of Corrections. In this prisoner civil-rights action, Bills alleges that the Defendants interfered with his right to access the courts and retaliated against him for filing lawsuits. (*See* Sec. Am. Compl., ECF No. 67.)

On June 14, 2021, Bills filed a motion in which it appeared that he asked for certain records be provided to him. (*See* Mot., ECF No. 103.) The motion was difficult to follow. The assigned Magistrate Judge did his best to review the motion, and on July 12, 2021, he denied it. (*See* Order, ECF No. 107.) The Magistrate Judge explained that to the extent that Bills appeared to be requesting a transcript of a prior status conference, "the records Bills seeks do not appear to exist." (*Id.*, PageID.1128.) The Magistrate Judge further noted that to the extent that Bills was

1

seeking documents from the Defendants, he could have (and should have) requested those documents during discovery. (*See id.*, PageID.1128-1129.)

Bills has now filed an objection to the Magistrate Judge's denial of his motion. (*See* Obj., ECF No. 111.) The substance of the objection is one sentence:

> At no time in this Plaintiff Rickey Bills "motion" that he requested for an appointment of an attorney/counsel? In (ECF No. 103) Plaintiff Bills did requested for "records" …… Which the Magistrate denied.

(*Id.*, PageID.1156.)

The objection does not explain, even in the broadest sense, why Bills believes that the Magistrate Judge erred. Nor does the objection provide any basis to disturb the Magistrate Judge's resolution of Bills' motion. Finally, the objection does not specifically identify the documents Bills wants, does not provide any reason to believe that those documents exist, and does not explain why Bills is legally entitled to those documents (if they do exist).

For all of these reasons, Bills' objection (ECF No. 111) to the Magistrate Judge's order denying his motion is **OVERRULED**.

    **IT IS SO ORDERED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: August 3, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 3, 2021, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764