UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKEY BILLS,

    Plaintiff,

v.

Case No. 15-cv-11414
Hon. Matthew F. Leitman

PAUL KLEE, *et al.*

    Defendant.
_____/

## ORDER (1) TERMINATING PLAINTIFF'S MOTIONS FOR COURT TO SET JURY TRIAL (ECF Nos. 125, 126) AS MOOT AND (2) DENYING ALL REQUESTS FOR RELIEF IN PLAINTIFF'S MOTION DOCKETED AT ECF No. 128

On February 15, 2023, the Court held an on-the-record status conference with the parties over video conferencing. For the reasons explained on the record during that conference, it is hereby ordered that:

- Plaintiff Rickey Bills' Motions for the Court to Set Jury Trial (ECF No. 125, 126) are TERMINATED AS MOOT. The Court is already in the process of searching for a trial date in the event that this case is not settled at mediation.

- All of the relief requested in Bills' motion docketed at ECF No. 128 is **DENIED.**

It is further ordered that, as both parties agreed on the record, this case will be submitted to the Pro se Prisoner Mediation Program.

    **IT IS SO ORDERED.**

Dated: February 15, 2023

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 15, 2023, by electronic means and/or ordinary mail.

                                                          s/Holly A. Ryan
                                                          Case Manager
                                                          (313) 234-5126